```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------ X
DAVID MESSINGER,                           :
                                           :
              Plaintiff,                 :   Case No.: 1:20-cv-07661-AJN
                                           :
      -against-                           :
                                           :
ROSETTA STONE INC., A. JOHN HASS III,      :
LAURENCE FRANKLIN, PATRICK W.              :
GROSS, AEDHMAR HYNES, GEORGE A.            :
LOGUE, DAVID NIERENBERG, KATHRYN           :
EBERLE WALKER, JESSIE WOOLLEY-             :
WILSON, and STEVEN P. YANKOVICH,           :
                                           :
             Defendants.                :
------------------------------------------ X

## NOTICE OF VOLUNTARY DISMISSAL

Notice is hereby given that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff voluntarily dismisses his claims in the above-captioned action against Defendants as moot. This notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

Dated: October 12, 2020                Respectfully submitted,

                                        **MONTEVERDE & ASSOCIATES PC**

                                        */s/Juan E. Monteverde*
                                        Juan E. Monteverde (JM-8169)
                                        The Empire State Building
                                        350 Fifth Avenue, Suite 4405
                                        New York, New York 10118
                                        Tel: 212-971-1341
                                        Fax: 212-202-7880

                                        *Attorney for Plaintiff*

10/13/20
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.